UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN JOHNSON,

        Petitioner,

v.                                            Case Number: 09-CV-11373
                                                 Honorable George Caram Steeh

BLAINE LAFLER,

        Respondent.
_____/

## OPINION AND ORDER DENYING PETITIONER'S MOTION
## TO STAY HABEAS CORPUS PROCEEDINGS

      Petitioner Christian Johnson, a Michigan state inmate currently incarcerated at the Carson City Correctional Facility in Carson City, Michigan, filed a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, alleging that he is incarcerated in violation of his constitutional rights. Before the Court now is Petitioner's motion requesting that this Court stay his habeas-corpus proceedings until he has had an opportunity to appeal his restitution claims; Petitioner claims that his habeas proceedings should be stayed until he has fully exhausted the trial court's restitution order, dated February 21, 2008.

      The habeas statute provides that a federal court may entertain a habeas application by a state prisoner "only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). An order of restitution has no bearing on the validity or duration of a prisoner's custody, and therefore a challenge to the order of restitution is not cognizable under § 2254. *Carter v. Smith*, No. 06-CV-11927, 2007 WL 325358, at *7 (E.D. Mich. Jan.31, 2007).

Because this Court does not have jurisdiction over the state court's order of restitution, or the appeals process of such, a stay of Petitioner's habeas proceedings is not appropriate. Petitioner's motion is therefore denied.

Dated: September 29, 2009

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 29, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---